**Order entered December 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00609-CV

### E.I. DU PONT DE NEMOURS AND COMPANY, Appellant

### V.

### VIRGIL HOOD AND LORRIE HOOD, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03619**

## ORDER

Before the Court is the parties' December 7, 2016 second joint motion to extend time for filing of briefs and to adopt modified briefing schedule. We **GRANT** the parties' motion. Appellees' and cross-appellee's briefs shall be filed by January 16, 2017. Appellant's and cross-appellants' reply briefs shall be filed by February 15, 2017. We caution the parties that further requests for extensions of time will be disfavored.

/s/     CRAIG STODDART
        JUSTICE